1

2

3

4

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  DAVID ANDREWS, | 1:12-cv-01042-GSA-PC |
| 12          Plaintiff, | ORDER DENYING MOTION FOR IMMEDIATE SERVICE |
| 13     v. | (Docs 3, 7.) |
| 14  S. TORRES, et al., | |
| 15          Defendants. | |
| 16  _____/ | |

17      David Andrews ("Plaintiff") is a state prisoner  proceeding pro se and in forma pauperis

18  in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant action on

19  June 27, 2012.  On June 27, 2012 and July 30, 2012, Plaintiff filed motions for service of process

20  in this action.

21      The court is required by law to screen complaints brought by prisoners seeking relief

22  against a governmental entity or officer or employee of a governmental entity, such as the instant

23  action brought pursuant to 42 U.S.C. § 1983.  U.S.C. § 1915A(a).  The court must dismiss a

24  complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or

25  malicious," that fail to state a claim upon which relief may be granted, or that seek monetary

26  relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).

27      With respect to service, the court will, *sua sponte*, direct the United States Marshal to

28  serve the complaint only after the court has screened the complaint and determined that it

1

1  contains cognizable claims for relief against the named defendants.  As the court has yet to

2  screen plaintiff's complaint, plaintiff's request for service is premature.

3          Plaintiff is further informed that the court has hundreds of prisoner civil rights cases

4  pending before it and which were filed before plaintiff's case.  As a rule, the court screens the

5  cases in the order in which they are filed.  Because of the large volume of cases, an inmate can

6  experience delay in resolution of his case.   Plaintiff can rest assured that should his address with

7  the court remain current, he will receive all orders issued in his case.

8          Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for immediate service is

9  DENIED.

10

11          IT IS SO ORDERED.

12      **Dated:   July 31, 2012**              _____/s/ **Gary S. Austin**_____
                                                UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2